IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| SAM DOE, | ) | |
| | ) | |
| Plaintiff | ) | 1:20-cv-00023-SPB-RAL |
| | ) | |
| vs. | ) | RICHARD A. LANZILLO |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JOHN WETZEL, DR. PAUL NOEL, DR. JOHN DOE, DR. LAWRENCE ALPERT, DR. ALEXANDER, DR. KROSS, DR. OBENG, LONNIE OLIVER, DEBRA RICH, MS. WAGNER, MS. BLAKELY, SHANNON ANDERSON, and PALUKI REDDY, | ) | |
| Defendants | ) | |

ORDER

AND NOW, this 14th day of February, 2022, the parties are hereby notified that the Court intends to issue a Protective Order substantially in the form annexed to this order, but before doing so, will consider any objections or requests for additions or revisions that any party may wish to submit. Any objections or requests for additions or revisions to the Protective Order must be filed no later than February 17, 2022.

IT IS SO ORDERED.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE