IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| SAM DOE, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:20-CV-00023-SPB |
| | ) |
| vs. | ) RICHARD A. LANZILLO |
| | ) UNITED STATES MAGISTRATE JUDGE |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, JOHN WETZEL, SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS; DR. PAUL NOEL, CHIEF OF CLINICAL SERVICES; DR. LAWRENCE ALPERT, FORMER MEDICAL DIRECTOR SCI CAMBRIDGE SPRINGS; DR. ALEXANDER, FORMER MEDICAL DIRECTOR SCI CAMBRIDGE SPRINGS;; DR. OBENG, MEDICAL DIRECTOR SCI CAMBRIDGE SPRINGS; SHANNON ANDERSON, CORRECTIONS HEALTHCARE ADMINISTRATOR; AND PALUKI REDDY, | ) ORDER ON PLAINTIFF'S MOTION TO DISSOLVE PROTECTIVE ORDER AND PROCEED WITHOUT PSEUDONYM IN RE: ECF NO. 135 |
| Defendants, | ) |

Pending before the Court is Plaintiff Sam Doe's motion to dissolve the previously entered protective order and to proceed without use of an identifying pseudonym. ECF No. 135. *See also Doe v. Pa. Dep't Corr.*, 585 F Supp.3d 797 (W.D. Pa. 2022). The motion is **GRANTED**.

Inasmuch as the protective order is now without effect, Counsel for the Plaintiff is directed to file a stipulation containing a proposed amended case caption within fourteen days from the date of this order, that is, on or before October 3, 2023.

1

ORDERED and DATED this 19th day of September, 2023.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE